**DENY; and Opinion Filed August 10, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00954-CV

### IN RE SONJA Y. WEBSTER, Relator

**Original Proceeding from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-10-866-2**

## MEMORANDUM OPINION
Before Justices Francis, Myers, and Schenck
Opinion by Justice Francis

Relator filed this petition for writ of mandamus requesting that the Court order the trial court to vacate its July 2, 2015 order removing her as guardian of L.L. The facts and issues in this case are well-known to the parties. For the reasons discussed in *In re Sonja Y. Webster*, No. 05-15-00945-CV (Tex. App. —Dallas August 10, 2015, orig. proceeding) (mem. op.), we conclude relator has an adequate remedy by appeal and deny the petition.

/Molly Francis/
MOLLY FRANCIS
JUSTICE

150954F.P05